UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELA HOGAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | No. 2:21-cv-00905-BJR<br><br>DEFENDANT AMAZON.COM, INC.'S NOTICE OF PENDENCY OF OTHER ACTION IN ANOTHER JURISDICTION OR FORUM |

Pursuant to Local Civil Rule 3(h), defendant Amazon.com, Inc. ("Amazon") identifies the following case pending in another jurisdiction or forum: *B.H. v. Amazon.com, Inc.*, No. 1:21-cv-03169 (N.D. Ill. Jun. 11, 2021) (the "*B.H.* case").

The *B.H.* case involves all or a material part of the same subject matter as this case. *See* L.R. 3(h). In this case, plaintiff Angela Hogan asserts claims against Amazon under Sections 15(a), (b), and (c) of the Illinois Biometric Information Privacy Act ("BIPA"). Hogan also asserts a claim for common-law unjust enrichment. Hogan's claims are based on Amazon's alleged collection, possession, and use of her Biometric Data in connection with her Amazon Photos account.[1] In the *B.H.* case, Hogan asserts the same claims, based on substantially similar

---

[1] For the sake of brevity, Amazon uses the term "Biometric Data" to refer collectively to "biometric identifiers" and "biometric information," as those terms are defined by BIPA. *See* 740 ILCS § 14/10. By using that shorthand reference, Amazon does not concede or suggest that it collected, possessed, used, disclosed, or profited from any data governed by BIPA.

NOTICE OF PENDENCY OF OTHER ACTION
(No. 2:21-cv-00905-BJR) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

allegations, on behalf of B.H.—Hogan's minor child. *Compare, e.g.*, *Hogan v. Amazon.com, Inc.*, No. 2:21-cv-00905, Dkt. 1-2 (W.D. Wash.)("*Hogan* Complaint") *with B.H. v. Amazon.com, Inc.*, No. 1:21-cv-03169, Dkt. 1-1 (N.D. Ill.) ("*B.H.* Complaint"). Indeed, many of the paragraphs in the two complaints are identical. *Compare, e.g.*, *Hogan* Compl. ¶¶ 1-12 *with B.H.* Compl. ¶¶ 1-12.

The parties are also substantially the same. *See* L.R. 3(h). Amazon is the sole defendant in both cases. Hogan is the named plaintiff in this case. Hogan is also the legal representative of the plaintiff in the *B.H.* case. And the putative classes in both cases are similar and overlapping. *Compare Hogan* Compl. ¶ 76 *with B.H.* Compl. ¶ 78.

Amazon respectfully submits that the similarity between the subject matter and the parties indicates that coordination between this case and the *B.H.* case could help avoid conflicts, conserve resources, and promote the efficient determination of both actions. Amazon does not believe that transfer should be effected pursuant to 28 U.S.C. § 1407.

Dated: July 9, 2021

By: */s/ Ryan Spear*
Ryan Spear, WSBA No. 39974
Nicola C. Menaldo, WSBA No.44459
Ellie Chapman, WSBA No. 55881
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
RSpear@perkinscoie.com
NMenaldo@perkinscoie.com
EChapman@perkinscoie.com

Attorneys for defendant
AMAZON.COM, INC

Attorneys for defendant
AMAZON.COM, INC.

NOTICE OF PENDENCY OF OTHER ACTION
(No. 2:21-cv-00905-BJR) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000