Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ANGELA HOGAN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　　　　　　　　Defendant. | No. 2:21-cv-0905-BJR<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, by and through her undersigned counsel of record, hereby gives notice that the claims in the above action are voluntarily dismissed, without prejudice, as against Defendant.

//

PLAINTIFF'S JURY DEMAND
(2:21-cv-0905-BJR)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1  DATED this 22nd day of July, 2021.

2                           KELLER ROHRBACK L.L.P.

By */s/ Dean Kawamoto*
By */s/ Derek Loeser*
By */s/ Gretchen Freeman Cappio*
By */s/ Felicia Craick*
   Dean Kawamoto, WSBA# 43850
   Derek Loeser, WSBA# 24274
   Gretchen Freeman Cappio, WSBA# 29576
   Felicia Craick, WSBA# 54505
   1201 Third Avenue, Suite 3200
   Seattle, WA 98101
   Tel: (206) 623-1900
   Fax: (206) 623-3384
   dkawamoto@kellerrohrback.com
   dloeser@kellerrohrback.com
   gcappio@kellerrohrback.com
   fcraick@kellerrohrback.com

WEXLER WALLACE LLP
Kenneth A. Wexler
Justin N. Boley
Zoran Tasić
55 West Monroe St., Suite 3300
Chicago, IL 60603
Tel: (312) 346 2222
Fax: (312) 346 0022
kaw@wexlerwallace.com
jnb@wexlerwallace.com
zt@wexlerwallace.com

GUSTAFSON GLUEK PLLC
Daniel E. Gustafson
Karla M. Gluek
David A. Goodwin
Mickey L. Stevens
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com
dgoodwin@gustafsongluek.com
msteves@gustafsongluek.com

PLAINTIFF'S JURY DEMAND - 2
(2:21-cv-0905-BJR)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STEPHAN ZOURAS, LLP
Ryan F. Stephan
James B. Zouras
Haley R. Jenkins
100 N. Riverside Plaza
Suite 2150
Chicago, Illinois 60606
Tel: (312) 233-1550
Fax: (312) 233-1560
rstephan@stephanzouras.com
jzouras@stephanzouras.com
hjenkins@stephanzouras.com

TAUS, CEBULASH & LANDAU, LLP
Kevin Landau
Archana Tamoshunas
80 Maiden Lane, Suite 1204
New York, NY 10038
Tel: (212) 931-0704
Fax: (212) 931-0703
klandau@tcllaw.com
atamoshunas@tcllaw.com

*Attorneys for Plaintiff and the Proposed Class*

PLAINTIFF'S JURY DEMAND - 3
(2:21-cv-0905-BJR)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all known counsel of record.

KELLER ROHRBACK L.L.P.

By: */s/ Dean Kawamoto*
Dean Kawamoto, WSBA #43850
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Fax: (206) 623-3384
E-mail: dkawamoto@kellerrohrback.com

*Attorneys for Plaintiff and the Proposed Class*

CERTIFICATE OF SERVICE - 1
(2:21-cv-0905-BJR)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384